**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **BEN VICKS, JR.**,<br><br>    Plaintiff,<br><br>v.<br><br>**CAPTAIN RON JAMES, SGT. LANE, SGT. V. WILLIAMS**,<br><br>    Defendant. | Civil Action No. 7:13-CV-10 (HL) |

**ORDER**

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 33) in which he recommends granting Defendants' Motion for Summary Judgment. (Docs. 25-28). Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Defendants' Motion for Summary Judgment.

**SO ORDERED**, this the 3rd day of June, 2014.

           *s/ Hugh Lawson*
           **HUGH LAWSON, SENIOR JUDGE**

aks